**Electronically Filed
Supreme Court
SCWC-17-0000660
26-FEB-2020
02:19 PM**

SCWC-17-0000660

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ALEXANDER MIRANDA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000660; CR. NO. 16-1-0315)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ of certiorari, filed on January 13, 2020, is hereby accepted and will be scheduled for oral argument. Oral argument will be restricted to the following questions presented in the application for certiorari:

2) Did the Intermediate Court of Appeals Gravely Err in Ruling That the Circuit Court Did Not Err in Precluding Trial Counsel From Cross-Examining the Complainant Based on the Marine Corps Code of Conduct?

3) Did the Intermediate Court of Appeals Gravely Err in Ruling That [] the Circuit Court Did Not Err in Finding That Defense Counsel Opened the Door to Officer Gazelle's Testimony Regarding the Videotape?

5) Did the Intermediate Court of Appeals Gravely Err in Ruling That the Jury Was Properly Instructed on Accomplice Liability?

The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, February 26, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

